No. 526. Dorna, Recurrente, v. El Registrador de San Juan, Sección Segunda.—Recurso gubernativo, contra nota denegatoria de inscripción de escritura sobre ejecución hi-

potecaria. Resuelto en junio 6, 1922. Vista la moción del recurrente sobre desistimiento, se resuelve de conformidad, y se tiene por desistido.